**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> SALIL P. MANILAL, <br><br> Debtor. | Chapter 11 <br><br> Case No. 20–11393 (SCC) |

## CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

    1.    I am over 18 years of age, reside in New York, New York and am not a party to this proceeding.

    2.    On June 15, 2020, I served the *Order Scheduling Initial Case Conference* [Doc. No. 9] dated June 12, 2020 (the "**Order**"), upon the parties whose names and addresses are set forth on the annexed service list[1] by regular first-class mail, by depositing true copies of same in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
       June 17, 2020

                                                  Paris Gyparakis

---

[1] Which include the holders of the twenty largest unsecured claims, the holders of the five largest secured claims and the Office of the United States Trustee, as per the Order.

# SERVICE LIST

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Attn: Shannon Scott, Esq.

Anderson Kill, P.C.
1251 Avenue of the Americas
New York, NY 10020

Federale Overheidsdienst Financien
Italielei 4/3
Antwerpen, Belgium 200

ICICI Bank UK PLC Antwerp Branch
Hoveniersstraat 55
Antwerpen, Belgium 2018

Sabharwal & Finkel, LLC
250 Park Avenue, 7th Fl.
New York, NY 10177

Ramesh Gandhi
Belgielei 7
Antwerpen, Belgium 2018