# United States Bankruptcy Court
## Southern District of New York

In re __Salil P. Manilal__  
Debtor(s)

Case No. __20-11393 (SCC)__  
Chapter __11__

## STATEMENT REGARDING PAYMENT ADVICES
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Salil P. Manilal**, declare under penalty of perjury that the foregoing is true and correct:

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **July 16, 2020**

Signature **/s/ Salil P. Manilal**  
**Salil P. Manilal**  
Debtor



Statement of Account

SALIL PRASAN MANILAL
240 E 47TH ST # 14D
NEW YORK NY 10017

May 11, 2020
Days in stmt period: 31

Direct Inquiries to:
CALL CENTER
1-800-894-0300

People's United Bank, N.A.
250 Park Ave & 47TH St
New York, NY 10177

Summary of Account Balance

Account
Plus Checking

| Date | Additions |
|---|---|
| 04-27 | 7,812.50 |
| 04-28 | 1,000.00 |