**ROSEN & ASSOCIATES, P.C.**
*Proposed Counsel to the Debtor and
 Debtor-In-Possession*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> SALIL P. MANILAL, <br><br> Debtor. | Chapter 11 <br><br> Case No. 20–11393 (SCC) |
| ICICI BANK UK PLC ANTWERP BRANCH, <br><br> Plaintiff, <br> v. <br><br> SALIL MANILAL, <br><br> Defendant. | Adv. Proc. No. 20–01191 (SCC) |

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE**, that the hearing on the following motions, originally scheduled for August 20, 2020 at 10:00 a.m., has been adjourned to **September 9, 2020 at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004:

    (i)    *Motion of ICICI to Dismiss Salil Prasan Manilal's Chapter 11 Case Pursuant to 11 U.S.C. §1112(b)* [Doc. No. 19]; and

    (ii)   *Motion of ICICI to Abstain and Remand and for Relief from Automatic Stay* [Adv. Proc. Doc. No. 11].

**PLEASE TAKE FURTHER NOTICE** that the hearing on the *Motion by the Manilal Brothers to Intervene in Adversary Proceeding* [Adv. Proc. Doc. Nos. 7-8] has been

adjourned without date.

Dated: New York, New York
August 11, 2020

                                  **ROSEN & ASSOCIATES, P.C.**
                                  *Proposed Counsel to the Debtor*
                                     *and Debtor-in-Possession*

                                By:  */s/ Sanford P. Rosen*
                                        Sanford P. Rosen

                                747 Third Avenue
                                New York, NY 10017-2803
                                (212) 223-1100