**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SALIL P. MANILAL,<br><br>                        Debtor. | Chapter 11<br><br>Case No. 20–11393 (SCC) |

## CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

      1.    I am over 18 years of age, reside in New York, New York and I am not a party to this proceeding.

      2.    On September 1, 2020, I served a copy of the *Debtor's Response in Opposition to Motion of ICICI Bank UK PLC to Dismiss this Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b)* [Doc. No. 28], and the *Declaration of Andrew J. Wagner in Support of Response in Opposition to Motion to Dismiss* [Doc. No. 29], upon the parties whose names and addresses are set forth on the annexed service list by regular first-class mail, by depositing true copies of same in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
       September 1, 2020

                                                                                                 Paris Gyparakis

**SERVICE LIST**

| | |
|---|---|
| Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>Attn: Shannon A. Scott, Esq. | D. Patel Law LLC<br>*Attorneys for ICICI Bank UK PLC*<br>63 Mountain Avenue<br>Mendham, NJ 07945<br>Attn: Dipesh Patel, Esq. |
| Anderson Kill, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Attn: Andrew J. Wagner, Esq.<br>　　　Devin W. Ness, Esq. | Bodner Law PLLC<br>*Attorneys for ICICI Bank UK PLC*<br>40 Cutter Mill Road, Ste 301<br>Great Neck, New York 11021<br>Attn: Jonathan S. Bodner, Esq.<br>　　　Harry M. Gutfleish, Esq. |