**ROSEN & ASSOCIATES, P.C.**
*Proposed Counsel to the Debtor and*
  *Debtor-in-Possession*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SALIL P. MANILAL,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 20–11393 (SCC) |

**AMENDED NOTICE OF PRESENTMENT OF DEBTOR'S APPLICATION TO**
**RETAIN ROSEN & ASSOCIATES, P.C. AS BANKRUPTCY COUNSEL TO DEBTOR**

**PLEASE TAKE NOTICE** that Salil P. Manilal, the above-captioned debtor and debtor-in-possession (the "**Debtor**"), will present the application dated December 4, 2020 [Doc. No. 49] (the "**Application**") authorizing the employment and retention of Rosen & Associates, P.C. ("**Rosen & Associates**") as bankruptcy counsel to the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, for signature on **December 24, 2020 at 12:00 p.m. (prevailing Eastern Time)** (the "**Presentment Date**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth with specificity the grounds therefor, and be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (General Order M-399 and the Current Guidelines – Electronic Filing Dated December 15, 2011 can be

found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a CD or other electronic media containing the document in .pdf format and served in accordance with general order M-399 upon (i) Rosen & Associates, P.C., proposed counsel to the Debtor, 747 Third Avenue, New York, NY 10017-2803, Attn.: Sanford P. Rosen, Esq.; (ii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn.: Shannon A. Scott, Esq.; and (iii) all other parties-in-interest who have requested notice pursuant to Bankruptcy Rule 2002, so as to be received no later than **5:00 p.m. on December 21, 2020** (the "**Objection Deadline**"). Unless objections are received by the Objection Deadline, the relief requested by the Application may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: New York, New York
      December 7, 2020

      **ROSEN & ASSOCIATES, P.C.**
      *Proposed Counsel to the Debtor*
       *and Debtor-in-Possession*

By: /s/ *Sanford P. Rosen*
      Sanford P. Rosen
      Paris Gyparakis

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100