UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SALIL P. MANILAL,

                           Debtor.

Chapter 11

Case No. 20–11393 (SCC)

## CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

    1.    I am over 18 years of age, reside in New York, New York and am not a party to this proceeding.

    2.    On December 10, 2020, I served a copy of the *Debtor's Application to Retain Rosen & Associates, P.C. as Bankruptcy Counsel to Debtor* [Doc. No. 49] and the *Notice of Presentment* thereof, as amended [Doc. No. 51], upon the parties whose names and addresses are set forth on the annexed service list by regular first-class mail, by depositing true copies of same in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
       December 11, 2020

                                                                Paris Gyparakis

# SERVICE LIST

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Attn: Shannon A. Scott, Esq.

Anderson Kill, P.C.
*Proposed Special Litigation Counsel
  to the Debtor*
1251 Avenue of the Americas
New York, NY 10020
Attn: Andrew J. Wagner, Esq. &
      Devin W. Ness, Esq.

D. Patel Law LLC
*Co-Counsel for ICICI Bank
  UK PLC*
63 Mountain Avenue
Mendham, NJ 07945
Attn: Dipesh Patel, Esq.

Law Offices of Kenneth L. Baum, LLC
*Co-Counsel of Record for ICICI
  Bank UK PLC*
167 Main Street
Hackensack, NJ 07601
Attn: Kenneth L. Baum, Esq.

DLA Piper LLP (US)
*Proposed Substituting Co-Counsel
  for ICICI Bank UK PLC*
1251 Avenue of the Americas
New York, NY 10020
Attn: Thomas R. Califano, Esq. &
      Jamila Justine Willis, Esq.